

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2017

No. 04-17-00126-CR

Terrell **BUSH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 14-01-00046-CRW
Honorable Stella Saxon, Judge Presiding

# O R D E R

On October 12, 2017, we abated this appeal for the trial court to determine whether the Pre-Sentence Investigation Report (PSI) should be made a part of the clerk's record on appeal. On December 8, 2017, the trial court clerk supplemented the appellate record with the trial court's Findings of Fact and Conclusions of Law, in which the trial court entered the following conclusion of law:

> The trial court reviewed and relied upon the un-objected contents of the PSI and should be made part of the clerk's record for purposes of appeal so the appellate court is able to review the contents of said PSI.

The supplemental record also includes a copy of the PSI.

It is **ORDERED** that this appeal is reinstated on the docket of this court. The State's brief shall be due on or before **January 11, 2018**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2017.



Keith E. Hottle
Clerk of Court